UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 15-04990 |
| ) | |
| Toyya Proctor, ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| Debtor(s) ) | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>RICHARD M. FOGEL</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on November 24, 2015 in Courtroom 682**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: October 6, 2015            By: /s/ Richard M. Fogel
                                      Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawfishman.com

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC 4}

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: PROCTOR, TOYYA | § § § § | Case No. 15-04990 |
| Debtor(s) | | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| The Final Report shows receipts of: | $ 4,000.00 |
| and approved disbursements of: | $ 40.00 |
| leaving a balance on hand of[1]: | $ 3,960.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 3,960.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 1,000.00 | 0.00 | 1,000.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $ 1,000.00 |
| Remaining balance: | $ 2,960.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| |
|---|
| None |

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,960.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,960.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $49,881.39 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 18,860.62 | 0.00 | 1,119.20 |
| 2 | Exeter Finance Corp. | 29,547.29 | 0.00 | 1,753.36 |
| 3 | Sprint Attn: Bankruptcy Dept. | 218.51 | 0.00 | 12.97 |
| 4 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 1,254.97 | 0.00 | 74.47 |

Total to be paid for timely general unsecured claims: $ 2,960.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared by: /s/ Richard M. Fogel
Trustee

Richard M. Fogel
321 N. Clark St. #800
Chicago, IL 60654

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                         Case No. 15-04990-JBS
Toyya Proctor                                                                  Chapter 7
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0752-1           User: ahamilton              Page 1 of 2           Date Rcvd: Oct 08, 2015
                               Form ID: pdf006              Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 10, 2015.
db             +Toyya Proctor,    911 North Latrobe Ave,    Chicago, IL 60651-2962
22930678      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,     4161 Piedmont Pkwy.,    Greensboro, NC 27410-8110)
22930679       +Bank of America,   PO Box 45144,     Jacksonville, FL 32232-5144
22930680       +Citi,   Attn: Bankruptcy Department,     PO Box 6241,    Sioux Falls, SD 57117-6241
22930681        Citi,   PO Box 6500,   Sioux Falls, SD 57117-6500
22930682       +Citibank NA,   PO Box 769006,    San Antonio, TX 78245-9006
22930683       +City of Chicago,    Dept of Water Management,    PO Box 6330,   Chicago, IL 60680-6330
22930689       +Exeter Finance Corp.,    2250 W John Carpenter Freeway,    Irving, TX 75063-2765
23338188       +Exeter Finance Corp.,    P.O. Box 201347,    Arlington, TX 76006-1347
22930690        Health/CBNA,   PO Box 6497,    Sioux Falls, SD 57117-6497
22930691       +Henton Hurd,   3125 W 71st Street,     Chicago, IL 60629-3003
22930692       +Illinois Service Federal S&L Assoc.,     4619 S. King Drive,   Chicago, IL 60653-4199
22930693       +Liberty Bank and Trust Company,     Damon G. Newman,    Noonan & Lieberman, Ltd.,
                105 W. Adams Street, Suite 1800,    Chicago, IL 60603-6235
22998139       +Liberty Bank and Trust Company,     1111 S. Homan Ave,   Chicago, IL 60624-4346
22930694       +Loyola University Medical Center,     PO Box 99400,   Louisville, KY 40269-0400
22930696       +Markoff & Krasny,    Attorney at Law,    29 N Wacker Drive,   Chicago, IL 60606-2851
22930697       +Markoff Law, LLC,    29 North Wacker Drive,    Suite 550,   Chicago, IL 60606-2851
23509902       +RLS Loans, LLC,    c/o Pierce & Associates,    1 N. Dearborn, Suite 1300,
                Chicago, IL 60602-4321
22930700        The Loan Servicing Center,    Customer Support Union,    PO Box 551170,
                Jacksonville, FL 32255-1170
22930701       +Village of Maywood - Water Dept.,     40 Madison St.,   Maywood, IL 60153-2323
22930702        West Suburban Medical Center,    Department 4658,    Carol Stream, IL 60122-4658

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22930684        E-mail/Text: legalcollections@comed.com Oct 08 2015 23:28:24     Commonwealth Edison,
                Bankruptcy Department,   2100 Swift Drive,    Oak Brook, IL 60523-1559
22930686        E-mail/Text: legalcollections@comed.com Oct 08 2015 23:28:24     Commonwealth Edison,
                PO Box 6111,   Carol Stream, IL 60197-6111
22930685        E-mail/Text: legalcollections@comed.com Oct 08 2015 23:28:24     Commonwealth Edison,
                Bankuptcy Department,    3 Lincoln Center,   Oak Brook Terrace, IL 60181-4204
22930687        E-mail/PDF: mrdiscen@discover.com Oct 09 2015 05:40:31     Discover,    Bankruptcy Department,
                PO Box 15316,    Wilmington, DE 19850-5316
22930688        E-mail/PDF: mrdiscen@discover.com Oct 09 2015 05:40:31     Discover Financial Services,
                PO Box 15316,    Wilmington, DE 19805
23322179        E-mail/PDF: mrdiscen@discover.com Oct 09 2015 05:40:31     Discover Bank,
                Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
22950238       +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Oct 08 2015 23:37:41
                Exeter Finance Corp. Department,    c/o Ascension Capital Group,   P.O. Box 201347,
                Arlington, TX 76006-1347
22930695       +E-mail/Text: ebn@ltdfin.com Oct 08 2015 23:26:52     LTD Financial Services, LP,
                7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
23586767       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 08 2015 23:32:11
                PYOD, LLC its successors and assigns as assignee,     of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
22930699        E-mail/Text: appebnmailbox@sprint.com Oct 08 2015 23:27:09     Sprint,    Attn: Bankruptcy Dept.,
                P.O. Box 7949,    Overland Park, KS 66207-0949
22930698       +E-mail/Text: banko@acsnv.com Oct 08 2015 23:28:07     Sprint,    c/o Allied Collection Service,
                3080 S. Durango Rd., Ste. 208,    Las Vegas, NV 89117-9194
                                                                                             TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 10, 2015                                    Signature:   /s/Joseph Speetjens

```
District/off: 0752-1          User: ahamilton            Page 2 of 2              Date Rcvd: Oct 08, 2015
                              Form ID: pdf006            Total Noticed: 32
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2015 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor    RLS Loans, LLC anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Christopher M Brown    on behalf of Creditor    RLS Loans, LLC northerndistrict@atty-pierce.com,
               cbrown@atty-pierce.com
              Damon G Newman    on behalf of Creditor    LIBERTY BANK AND TRUST COMPANY as Successor In Interest
               to Covenant Bank dnewman@noonanandlieberman.com
              David M Siegel    on behalf of Debtor Toyya   Proctor davidsiegellaw@hotmail.com,
               davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M. Fogel    rfogel@shawfishman.com,  il72@ecfcbis.com
              Richard M. Fogel    on behalf of Trustee Richard M. Fogel rfogel@shawfishman.com,  il72@ecfcbis.com
                                                                                             TOTAL: 7
```