UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: PROCTOR, TOYYA | § | Case No. 15-04990 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: ***(without deducting any secured claims)*** | $492,407.00 | Assets Exempt: | $5,013.00 |
| Total Distributions to Claimants: | $2,960.00 | Claims Discharged Without Payment: | $48,076.39 |
| Total Expenses of Administration: | $1,040.00 | | |

3) Total gross receipts of $4,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $547,854.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,040.00 | $1,040.00 | $1,040.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $48,324.00 | $49,881.39 | $49,881.39 | $2,960.00 |
| **TOTAL DISBURSEMENTS** | $596,178.00 | $50,921.39 | $50,921.39 | $4,000.00 |

4) This case was originally filed under chapter 7 on 02/16/2015. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/12/2016 By: /s/ Richard M. Fogel

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Income tax refund (u) | 1224-000 | $4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,000.00** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Liberty Bank & Trust Co. | 4110-000 | $130,000.00 | NA | NA | NA |
| N/F | Bank of America | 4110-000 | $31,639.00 | NA | NA | NA |
| N/F | Illinois Service Federal S&L Assoc. | 4110-000 | $130,000.00 | NA | NA | NA |
| N/F | Liberty Bank & Trust Co. | 4110-000 | $124,882.00 | NA | NA | NA |
| N/F | The Loan Servicing Center Customer Support Union | 4110-000 | $131,333.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$547,854.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Richard M. Fogel | 2100-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| Rabobank, N.A. | 2600-000 | NA | $40.00 | $40.00 | $40.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$0.00** | **$1,040.00** | **$1,040.00** | **$1,040.00** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Henton Hurd | 5800-000 | $0.00 | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 7100-900 | $16,963.00 | $18,860.62 | $18,860.62 | $1,119.20 |
| 2 | Exeter Finance Corp. | 7100-000 | $28,524.00 | $29,547.29 | $29,547.29 | $1,753.36 |
| 3 | Sprint Attn: Bankruptcy Dept. | 7100-000 | $546.00 | $218.51 | $218.51 | $12.97 |
| 4 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 7100-000 | $1,136.00 | $1,254.97 | $1,254.97 | $74.47 |
| N/F | Loyola University Medical Center | 7100-000 | $175.00 | NA | NA | $0.00 |
| N/F | Commonwealth Edison Bankruptcy Department | 7100-000 | $156.00 | NA | NA | $0.00 |
| N/F | Village of Maywood - Water Dept. | 7100-000 | $415.00 | NA | NA | $0.00 |
| N/F | Commonwealth Edison Bankruptcy Department | 7100-000 | $284.00 | NA | NA | $0.00 |
| N/F | West Suburban Medical Center | 7100-000 | $125.00 | NA | NA | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$48,324.00** | **$49,881.39** | **$49,881.39** | **$2,960.00** |

Exhibit 8

Page: 1

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 15-04990

**Case Name:** PROCTOR, TOYYA

**For Period Ending:** 01/12/2016

**Trustee Name:** (330720) Richard M. Fogel

**Date Filed (f) or Converted (c):** 02/16/2015 (f)

**§ 341(a) Meeting Date:** 03/17/2015

**Claims Bar Date:** 08/20/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned OA=§554(a) abandon. | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | Single Family Home 1930 S. 2nd Ave., Maywood, IL (See Footnote) | 115,000.00 | 0.00 | OA | 0.00 | FA |
| 2* | Two-Flat 646 N. Long Ave., Chicago, IL 60644 (See Footnote) | 88,000.00 | 0.00 | OA | 0.00 | FA |
| 3* | 3 Unit 1443 S. Kedvale Ave., Chicago, IL 60623 (See Footnote) | 120,000.00 | 0.00 | OA | 0.00 | FA |
| 4* | 3 Unit 1514 S. Christiana Ave., Chicago, IL 6062 (See Footnote) | 155,654.00 | 0.00 | OA | 0.00 | FA |
| 5* | Checking Account Bank of America (See Footnote) | 500.00 | 0.00 | | 0.00 | FA |
| 6* | Savings Account Bank of America (See Footnote) | 300.00 | 0.00 | | 0.00 | FA |
| 7* | T.V., & Furniture (See Footnote) | 800.00 | 0.00 | | 0.00 | FA |
| 8* | Normal Apparel (See Footnote) | 500.00 | 0.00 | | 0.00 | FA |
| 9* | Life Insurance Policies Term Death Benefit Only (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 10* | ERISA Qualified 457 Deferred (See Footnote) | 133.00 | 0.00 | | 0.00 | FA |
| 11* | ERISA Qualified Pension (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8



**Case No.:** 15-04990
**Case Name:** PROCTOR, TOYYA

**For Period Ending:** 01/12/2016

**Trustee Name:** (330720) Richard M. Fogel
**Date Filed (f) or Converted (c):** 02/16/2015 (f)
**§ 341(a) Meeting Date:** 03/17/2015
**Claims Bar Date:** 08/20/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12* | Child Support (See Footnote) | 380.00 | 0.00 | | 0.00 | FA |
| 13 | 2014 Chevy Impala Xtra<br>Abandoned per o/c 9-3-15 | 11,140.00 | 0.00 | OA | 0.00 | FA |
| 14 | Income tax refund (u) (u) | 0.00 | 4,000.00 | | 4,000.00 | FA |
| | **Assets** **Totals** (Excluding unknown values) | **$492,407.00** | **$4,000.00** | | **$4,000.00** | **$0.00** |

RE PROP# 1 Inconsequential value. Abandoned per o/c 3-17-15.

RE PROP# 2 Inconsequential value. Abandoned per o/c 3-17-15.

RE PROP# 3 Inconsequential value. Abandoned per o/c 3-17-15.

RE PROP# 4 Inconsequential value. Abandoned per o/c 3-17-15.

RE PROP# 5 Exempt personal property

RE PROP# 6 Exempt personal property

RE PROP# 7 Exempt personal property

RE PROP# 8 Exempt personal property

RE PROP# 9 Inconsequential value

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 15-04990
**Case Name:** PROCTOR, TOYYA

**For Period Ending:** 01/12/2016

**Trustee Name:** (330720) Richard M. Fogel
**Date Filed (f) or Converted (c):** 02/16/2015 (f)
**§ 341(a) Meeting Date:** 03/17/2015
**Claims Bar Date:** 08/20/2015

RE PROP# 10 Exempt personal property

RE PROP# 11 Exempt personal property

RE PROP# 12 Exempt personal property

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 06/30/2016

**Current Projected Date Of Final Report (TFR):** 10/05/2015

# Form 2

## Cash Receipts And Disbursements Record

**Case No.:** 15-04990
**Case Name:** PROCTOR, TOYYA
**Taxpayer ID #:** **-***8650
**For Period Ending:** 01/12/2016

**Trustee Name:** Richard M. Fogel (330720)
**Bank Name:** Rabobank, N.A.
**Account #:** ******3666 Checking Account
**Blanket Bond (per case limit):** $5,000,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/20/2015 | {14} | TOYYA PROCTOR | Non-exempt portion of income tax refund | 1224-000 | 4,000.00 | | 4,000.00 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,990.00 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,980.00 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,970.00 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,960.00 |
| 11/24/2015 | 101 | Richard M. Fogel | Trustee compensation | 2100-000 | | 1,000.00 | 2,960.00 |
| 11/24/2015 | 102 | Discover Bank Discover Products Inc | Dividend on Claim #1- 5.9% | 7100-900 | | 1,119.20 | 1,840.80 |
| 11/24/2015 | 103 | Exeter Finance Corp. | Dividend on Claim #2- 5.9% | 7100-000 | | 1,753.36 | 87.44 |
| 11/24/2015 | 104 | Sprint Attn: Bankruptcy Dept. | Dividend on Claim #3- 5.9% | 7100-000 | | 12.97 | 74.47 |
| 11/24/2015 | 105 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | Dividend on Claim #4 - 5.9% | 7100-000 | | 74.47 | 0.00 |

# Form 2

## Cash Receipts And Disbursements Record

**Case No.:** 15-04990
**Case Name:** PROCTOR, TOYYA
**Taxpayer ID #:** **-***8650
**For Period Ending:** 01/12/2016

**Trustee Name:** Richard M. Fogel (330720)
**Bank Name:** Rabobank, N.A.
**Account #:** ******3666 Checking Account
**Blanket Bond (per case limit):** $5,000,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | **COLUMN TOTALS** | | **4,000.00** | **4,000.00** | **$0.00** |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **4,000.00** | **4,000.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,000.00** | **$4,000.00** | |

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-04990 | **Trustee Name:** | Richard M. Fogel (330720) |
| **Case Name:** | PROCTOR, TOYYA | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***8650 | **Account #:** | ******3666 Checking Account |
| **For Period Ending:** | 01/12/2016 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3666 Checking Account | $4,000.00 | $4,000.00 | $0.00 |
| | **$4,000.00** | **$4,000.00** | **$0.00** |